NOVEMBER 28, 1994

No. 94–392. WARD *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Department of Revenue of Mont.* v. *Kurth Ranch,* 511 U. S. 767 (1994).

No. 94–428. RISTOW ET UX. *v.* SOUTH CAROLINA PORTS AUTHORITY ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hess* v. *Port Authority Trans-Hudson Corporation, ante,* p. 30.

No. —— ——. LAUGHTER *v.* BELK-SIMPSON; and
No. —— ——. MESTER *v.* SAIKI ET AL. Motions for reconsideration of order denying leave to file petitions for writs of certiorari out of time [*ante,* p. 802] denied.

No. —— ——. LEE ET AL. *v.* FLIGHTSAFETY SERVICES ET AL.;
No. —— ——. NICHOLSON ET AL. *v.* COONEY, SECRETARY OF STATE OF MONTANA, ET AL.;
No. —— ——. MENDLOW *v.* UNIVERSITY OF WASHINGTON ET AL.; and
No. —— ——. KERSH *v.* DEVEN LITHOGRAPHERS, INC. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. —— ——. MORETTI *v.* RED ROOF INN ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time and without a final judgment from the highest court of the State in which a judgment could be had denied.

No. A–292. IN RE APPLICATION OF HIRSCH. Dist. Ct. Ore., Josephine County. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. A–313. BEDDOE *v.* UNITED STATES ET AL. D. C. E. D. Cal. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.